**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan Ralph TAYLOR,**
**Defendant–Appellant.**

**No. 07–10295.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008.*

Filed March 28, 2008.

Daniel D. Hollingsworth, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

William C. Carrico, Esq., FPDNV— Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jonathan Ralph Taylor appeals from the 120–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Taylor contends that the district court erred in applying a four-level enhancement pursuant to U.S.S.G. § 2K2.1(b)(6), because he did not "use" his firearm "in connection with" another felony offense, and that the predicate offense was not a felony under Nevada law. This contention fails because Taylor fled from police into an occupied apartment while holding a firearm. *See United States v. Polanco,* 93 F.3d 555, 566–67 (9th Cir.1996); Nev.Rev. Stat. 199.280 (2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.